UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Jeanette A. Carr

       Plaintiff

                                CIVIL ACTION

V.

                                NO.  18-cv-11301-ADB

Analogic Corporation et al

       Defendant

## ORDER OF DISMISSAL

Burroughs, D. J.

    In accordance with the Court's Memorandum and Order dated September 30, 2019, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

                                                  By the Court,

9/30/19                                              /s/ Christina McDonagh
Date                                                   Deputy Clerk